IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| PRAYLOR NEWMAN | NO. 02-CR-539 |

**O R D E R**

AND NOW, this 23rd day of June, 2021, upon consideration of Defendant's Sealed Pro Se Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 106) and the Government's Response in Opposition thereto (Doc. No. 109), it is hereby ORDERED that the Motion is DENIED WITHOUT PREJUDICE as to Defendant's right to file a new motion pursuant to 18 U.S.C. § 3582(c)(1)(A).

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.